MIRIAM ISAACS, Respondent, v. J. CARL SCHMUCK, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Motion for stay of execution granted. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ. Settle order, containing proposed questions, on notice.

In the Matter of the Application of HILLSLEY REALTY CORPORATION for a Mandamus Order, Respondent, against GUY VROMAN, as Building Inspector of the Village of Larchmont, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of CHARLES KLEIN, Petitioner, Respondent, against WILLIAM J. DALTON, as Mayor of the City of Long Beach, and Others, Respondents, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Stay continued pending appeal on same conditions as heretofore imposed. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ. Settle order on notice.

In the Matter of the Application of LONGLAST HOLDING CORPORATION for a Mandamus Order, Respondent, against GUY VROMAN, as Building Inspector of the Village of Larchmont, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. ROBERT J. MAYER, Respondent.— Matter referred to an official referee for examination and report to this court on the facts. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

MADELINE KLINE, Respondent, v. HARRY KLINE, Appellant.— Motion for reargument denied on condition that plaintiff move the cause for trial and proceed to trial on Monday, February 7, 1927, for which date the cause is set down. In the event of plaintiff's failure so to proceed to trial, the motion for reargument may be renewed. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

J. DAVID KRAMER, Doing Business under the Name of the WESTERN CHAIR COMPANY, Respondent, v. HARDER MANUFACTURING CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

SAMUEL LANDER, Appellant, v. ISAAC WALD, Respondent.— Motion for leave to appeal to the Court of Appeals granted. The question to be certified is: " Does the complaint state a cause of action? " Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ. Settle order on notice.